

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Oct 01 2012 05:22PM**

*/s/ signature/*

**Robert L. McGahey, Jr.**
**District Court Judge**

**EFILED Document**
**CO Denver County District Court 2nd JD**
**Filing Date: Oct 01 2012 03:22PM MDT**
**Filing ID: 46741084**
**Review Clerk: Sara Rannetsberger**

| | |
|---|---|
| DENVER DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | |
| **JAMAL HUNTER**,<br><br>Plaintiff,<br><br>v.<br><br>The **CITY AND COUNTY OF DENVER**, a municipality; Sergeant **KAROLINA SICH**, in her individual and official capacities; Sergeant **MAZONI**, in his individual and official capacities; Deputy **RUMER**, in his/her individual and official capacities; Deputy **KELLER**, in his individual and official capacities; **JOHN DOE, ONE**, Denver Sheriff's Department Employee; in his/her individual and official capacities; **JOHN DOE TWO**, Denver Sheriff's Department Employee; in his/her individual and official capacities; **JOHN DOE THREE**, Denver Sheriff's Department Employee, in his/her individual and official capacities; and **JOHN DOE FOUR**, Denver Sheriff's Department Employee, in his/her individual and official capacities;<br><br>Defendants. | ▲ COURT USE ONLY ▲ |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THE COURT, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and finding good cause, hereby **GRANTS** the Motion. Defendants shall have up to and including October 12, 2012 to file a response to Plaintiff's Complaint.

DATED this _____ day of _____, 2012.

**BY THE COURT:**

_____
Denver District Court Judge

Exhibit J

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Robert Lewis McGahey |
| **File & Serve Transaction ID:** | 46718307 |
| **Current Date:** | Oct 01, 2012 |
| **Case Number:** | 2012CV5623 |
| **Case Name:** | HUNTER, JAMAL vs. C&C OF DENVER et al |
| **Court Authorizer:** | McGahey, Robert Lewis |

**/s/ Judge McGahey, Robert Lewis**