IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2682-JLK**

**JAMAL HUNTER,**

    Plaintiff,

v.

**CITY AND COUNTY OF DENVER, a municipality,
Sergeant KAROLINA SICH, in her individual and official capacity,
Sergeant MAZONI, in his individual and official capacity,
Deputy RUMER,, in his individual and official capacity**,
**Deputy KELLER, in his individual and official capacity**,
**Denver Sheriff's Department Employees JOHN DOES ONE THROUGH FOUR, in their individual and official capacities**,

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend Scheduling Order to Extend Discovery Period for Limited Depositions and Extend Dispositive Motion Deadline (doc. #24), filed July 25, 2013, is GRANTED. The discovery cut-off is extended to September 30, 2013 for the limited purposes as set forth in the Parties' joint motion, and the dispositive motion deadline is extended to November 4, 2013.

---

Dated: July 26, 2013