IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2682-JLK**

**JAMAL HUNTER,**

    Plaintiff,

v.

**CITY AND COUNTY OF DENVER, a municipality,**
**Sergeant ANTHONY MAZZEI in his individual and official capacity,**
**Deputy GAYNEL RUMER,, in his individual and official capacity**,
**Deputy EDWARD KELLER, in his individual and official capacity**,

    Defendants.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Discovery Period for Deposition of Sergeant Karolina Sich and Extend Dispositive Motion Deadline (doc. #30), filed September 30, 2013, is **GRANTED**.  Discovery cut-off is extended to November 8, 2013 for the limited purpose of allowing the deposition of Sergeant Karolina Sich, and the dispositive motion deadline is extended to December 13, 2013.

_____

Dated:  October 4, 2013