### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  March 13, 2014                          Courtroom Deputy: Bernique Abiakam
Civil Case No.: 12-cv-02682-JLK                Court Reporter: Mary George

JAMAL HUNTER,                                  Qusair Mohamedbhai
                                               Siddhartha H. Rathod
        Plaintiff,                             Arash Jahanian
                                               Matthew J. Cron
v.

CITY AND COUNTY OF DENVER, a                   Stuart L. Shapiro
municipality;                                  Thomas S. Rice
Sergeant ANTHONY MAZEI, in his individual      Ashley McCall Kelliher
and official capacities;                       Cristina Pena Helm
Deputy GAYNEL RUMER, in his individual
and official capacities; and
Deputy EDWARD KELLER,   in his individual
and official capacities,

        Defendants.

---

### COURTROOM MINUTES

---

**Status Conference**

**10:01 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard regarding pending motions.

10:04 a.m.    Argument by Mr. Shapiro.  Questions by the Court.

10:13 a.m.    Argument by Mr. Rice.

10:24 a.m.    Argument by Mr. Mohamedbhai.

10:37 a.m.    Rebuttal argument by Mr. Shapiro.

10:41 a.m.    Comments and rulings by the Court.

**ORDERED:  Motion For Summary Judgment By Defendants Keller And Mazzei
(Filed 12/26/13; Doc. No. 35) is DENIED WITHOUT PREJUDICE.**

*12-cv-02682-JLK*
*Status Conference*
*March 13, 2014*

ORDERED:    Defendant Gaynel Rumer's Motion For Summary Judgment (Filed 12/27/13; Doc. No. 39) is DENIED WITHOUT PREJUDICE.

ORDERED:    Defendant City And County Of Denver's Motion For Summary Judgment (Filed 12/27/13; Doc. No. 42) is DENIED WITHOUT PREJUDICE.

ORDERED:    Defendant The City And County Of Denver's Motion To Strike And Exclude Affidavits Pursuant To Fed. R. Civ. P. 37(c)(1) [Filed 2/14/14; Doc. No. 67] is GRANTED, as specified.

ORDERED:    The Plaintiff has to and including April 14, 2014 to file an AMENDED COMPLAINT.  Defendants have to May 5, 2014, or as otherwise ORDERED, to file any ANSWER.

ORDERED:    The parties have to and including June 4, 2014, or as otherwise ORDERED, to submit a proposed Scheduling Order.  Previously taken depositions do not have to be taken again.  All statements of witnesses and counsel will be exchanged prior to the scheduling conference.

ORDERED:    Any discovery that is sought to be redacted must first be submitted to the Court, as specified.

ORDERED:    Motion To Reopen Discovery And Stay Briefing On Motion For Summary Judgment (Filed 2/14/14; Doc. No. 66) is GRANTED.

ORDERED:    Unopposed Motion By Defendant The City And County Of Denver For An Extension Of Time To File A Reply In Support of Summary Judgment Motion (Filed 2/14/14; Doc. No. 68) is DENIED as MOOT.

ORDERED:    Defendant The city And County Of Denver's Motion To Reopen Discovery And Stay Summary Judgment Briefing (Filed 2/14/14; Doc. No. 69) is DENIED as MOOT.

**10:45 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:44