IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

    Plaintiff,

v.

THE CITY AND COUNTYOF DENVER, a municipality,
DEPUTY RUMER, in his individual and official capacities,
DEPUTY KELLER, in his individual and official capacities,

    Defendants.

## ORDER

Upon the Unopposed Motion for Leave to Depose Prisoner Witnesses Pursuant to Fed. R. Civ. P. 30(a)(2)(B) [doc. #92], filed May 14, 2014, the Court being fully advised and for good cause shown, hereby:

GRANTS the Unopposed Motion and GRANTS leave to Defendants to depose the following incarcerated witnesses:

Darnel L. Anderson – Community Corrections, DOC # 155633

Geradino C. Gonzales – Community Corrections, DOC # 110834

Billy L. Jackson - Colorado Territorial Correctional Facility, DOC # 107663

Lucio Loboi – Sterling Correctional Facility, DOC # 160097

Hassan Mayo – Kit Carson Correctional Facility, DOC # 149065

Lloyd E. Neal – Crowley County Correctional Facility, DOC # 93431

Amos U. Page – Crowley County Correctional Facility, DOC #155749

Joong H. Rhee  - Arkansas Valley Correctional Facility, DOC #160998

Augustus L. Sanford – Sterling Correctional Facility, DOC #155325

Corey D. Shepard – Bent County Correctional Facility, DOC # 157727

Pierre D. Sudberry – Bent County Correctional Facility, DOC # 136609

Jerry Thomson - Sterling Correctional Facility, DOC # 155937

Eric Tinsley – Kit Carson Correctional Facility, DOC # 154893

The Court further FINDS and ORDERS that the scheduling requirements of this civil action necessitate the waiver of the twenty-day deposition notice provision of the Colorado Department of Corrections Administrative Regulation 750-03, and that the scheduling of the depositions should be accomplished as soon as reasonably possible.

DATED this 15th day of May, 2014.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court