**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  June 6, 2014                              Courtroom Deputy: Bernique Abiakam
Civil Case No.: 12-cv-02682-JLK           Court Reporter: Mary George

JAMAL HUNTER,                                  Qusair Mohamedbhai
                                                          Siddhartha H. Rathod
        Plaintiff,                                       Matthew J. Cron

v.

CITY AND COUNTY OF DENVER, a             Cathy Havener Greer
municipality;                                        William T. O'Connell, III

Deputy GAYNEL RUMER, in his individual      Monica N. Kovaci
and official capacities; and

Deputy EDWARD KELLER,   in his individual
and official capacities,                         Katherine M.L. Pratt

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**10:03 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Today's Hearing regarding Doc. Nos. 106, 107, and 114.

Preliminary remarks by the Court.

Comments regarding RESTRICTED documents.

**ORDERED:   All currently restricted documents in this case will be unrestricted.
                    Documents will no longer be filed as "restricted" in their entirety at
                    any level.  Only specific information will be restricted at the time of
                    filing, accompanied by a motion for leave to restrict conforming with
                    D.C. ColoCivR  7.2.  Counsel has to and including Wednesday, June
                    11, 2014 to determine what information in previous filings needs to
                    be restricted.**

Argument heard regarding Doc. Nos. 106 and 107.

*12-cv-02682-JLK*
*Motions Hearing*
*June 6, 2014*

10:08 a.m.     Argument by Mr. Mohamedbhai.  Questions by the Court.

10:30 a.m.     Argument by Ms. Greer.  Questions by the Court.

10:41 a.m.     Argument by Ms. Kovaci.

10:43 a.m.     Rebuttal argument by Mr. Mohamedbhai.

10:45 a.m.     Comments by rulings by the Court.

**ORDERED:**     **Plaintiff's Motion for Sanctions And Emergency Hearing (Filed 6/3/14; Doc. No. 106) is GRANTED, as modified by the Court.**

**ORDERED:**     **Plaintiff's Motion For Sanctions and Emergency Hearing (Filed 6/3/14; Doc. No. 107) is GRANTED, as modified by the Court.**

**The Court states it will provide the United States Attorney's Office with a transcript of today's hearing and sanctions ruling together with a request that an investigation take place as to the patterns and practices of the Denver Police Department and the Denver Sheriff's Office.**

**ORDERED:**     **The City and County of Denver shall produce to Plaintiff all records involving this case, including interviews of affiants, records of the Denver Police Department internal affairs office, including notes, recordings, e-mails, and correspondence, no later than June 16, 2014.**

**ORDERED:**     **The Denver Police Department is immediately and permanently enjoined from any and all action, investigation, consultation or any kind of participation, including any action by its Internal Affairs Bureau, until judgment is entered in this case.  They will not have any contact with the witnesses, they will not be permitted to interview, and they will not be permitted under any circumstance to communicate with Defendants' counsel in this matter about activities or suppositions or suspicions involving any of the witnesses in this case or including the plaintiff.**

The Court states that if the case goes to trial, the Jury will be instructed regarding the treatment of the witnesses, including intimidation by agents of the Defendant.

**ORDERED:**     **All recorded statements from Mr. Page, by the Defendants or their agents, are STRICKEN.  There shall be no further depositions of Mr. Page, with the caveat that Mr. Page may testify pursuant to a subpoena ad testificandum, returnable by Mr. Page in Courtroom A-802 of the Alfred A. Arraj U.S. District Courthouse.**

*12-cv-02682-JLK*
*Motions Hearing*
*June 6, 2014*

**ORDERED:**  **All currently scheduled depositions of other witnesses are CANCELLED.  Any further depositions will take place, pursuant to duly executed subpoena ad testificandum, returnable by witnesses in Courtroom A-802 of the Alfred A. Arraj U.S. District Courthouse.**

**ORDERED:**  **Plaintiff may depose the Internal Affairs Bureau officers who participated in the interview of Mr. Page,  shall be taken by the Plaintiff.  The Plaintiff's costs, including attorney's fees, shall be paid by the City and County of Denver within 20 days after the taking of the depositions.**

10:56 a.m.    Further statements by Mr. Mohamedbhai.

Discussion regarding scheduling depositions.

**10:59 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:56