IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

    Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
Deputy GAYNEL RUMER, in his individual and official capacities; and
Deputy EDWARD KELLER, in his individual and official capacities,

    Defendants.

_____

**AMENDED ORDER FOR PRISONER WITNESS DEPOSITIONS**
_____

Upon the Unopposed Motion for Leave to Depose Prisoner Witnesses pursuant to Fed. R. Civ. P. 30(a)(2)(B) [Doc. # 92], filed May 14, 2014, the Court being fully advised and for good cause shown, hereby:

GRANTS the Unopposed Motion and GRANTS leave to Defendants to depose the following incarcerated witnesses:

Darnel L. Anderson – Community Corrections, DOC # 155633

Geradino Gonzales – Community Corrections, DOC # 110834

Billy L. Jackson – Colorado Territorial Correctional Facility, DOC # 107663

Lucio Loboi – Sterling Correctional Facility, DOC # 149064

Hassan Mayo – Kit Carson Correctional Facility, DOC # 149064

Lloyd E. Neal – Crowley County Correctional Facility, DOC # 93431

Amos U. Page – Crowley County Correctional Facility, DOC # 155749

2

Joong H. Rhee – Arkansas Valley Correctional Facility, DOC # 160998

Augustus L. Sanford – Sterling Correctional Facility, DOC # 155325

Corey D. Shepard – Bent County Correctional Facility, DOC # 157727

Pierre D. Sudberry – Bent County Correctional Facility, DOC # 136609

Jerry Thomson – Sterling Correctional Facility, DOC # 155937

Eric Tinsley – Kit Carson Correctional Facility, DOC # 154893

Chad Lang – Territorial Correctional Facility, DOC # 142382

The Court further FINDS and ORDERS that the scheduling requirements of this civil action necessitate the waiver of the twenty-day deposition notice provision of the Colorado Department of Corrections Administrative Regulation 750-03, and that the scheduling of the depositions should be accomplished as soon as reasonably possible.

Dated this 18th day of June, 2014.

BY THE COURT

*s/John L. Kane*
Honorable John L. Kane
United States District Court Judge