IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

     Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
Deputy GAYNEL RUMER, in his individual and official capacities; and
Deputy EDWARD KELLER, in his individual and official capacities,

     Defendants.

_____

**ORDER RE MOTION FOR RECONSIDERATION AND EXTENSION OF DISCOVERY CUT OFF TO COMPLETE INMATE AFFIANT DEPOSITIONS**
_____

**THIS MATTER** is before the Court on Defendant Deputy Gaynel Rumer's Motion for Reconsideration and Extension of Discovery Cut Off to Complete Inmate Affiant Depositions. Having fully considered the matter, it is **HEREBY ORDERED** that the Motion is **GRANTED**. The inmate affiant depositions may be conducted at the Colorado Department of Corrections facilities where the inmates currently reside.

Dated this 18th day of June, 2014.

                                          BY THE COURT

                                          *s/John L. Kane*
                                          Honorable John L. Kane
                                          United States District Court Judge