IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

    Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
Deputy GAYNEL RUMER, in his individual and official capacities; and
Deputy EDWARD KELLER, in his individual and official capacities,

    Defendants.

_____

**ORDER RE MOTION FOR RECONSIDERATION AND EXTENSION OF DISCOVERY CUT OFF TO COMPLETE INMATE AFFIANT DEPOSITIONS**
_____

**THIS MATTER** is before the Court on Defendant Deputy Gaynel Rumer's Motion for Reconsideration and Extension of Discovery Cut Off to Complete Inmate Affiant Depositions.  Having fully considered the matter, it is **HEREBY ORDERED** that the Motion is **GRANTED**.  The inmate affiants may appear in front of the Court by video conference with counsel for the parties to appear in-person.

Dated this 18th day of June, 2014.

                                            BY THE COURT

                                            ***s/John L. Kane***
                                            Honorable John L. Kane
                                            United States District Court Judge