IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

    Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
Deputy GAYNEL RUMER, in his individual and official capacities; and
Deputy EDWARD KELLER, in his individual and official capacities,

    Defendants.

_____

**ORDER RE MOTION FOR RECONSIDERATION AND EXTENSION OF DISCOVERY CUT OFF TO COMPLETE INMATE AFFIANT DEPOSITIONS**
_____

    **THIS MATTER** is before the Court on Defendant Deputy Gaynel Rumer's Motion for Reconsideration and Extension of Discovery Cut Off to Complete Inmate Affiant Depositions. Having fully considered the matter, it is **HEREBY ORDERED** that the Motion is **GRANTED**. Deputy Rumer's counsel may question Amos Page on matters relevant to his affidavit during Mr. Page's hearing.

    Dated this 18th day of June, 2014.

                                  BY THE COURT

                                  *s/John L. Kane*
                                  Honorable John L. Kane
                                  United States District Court Judge