IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02682-JLK

JAMAL HUNTER,

      Plaintiff,

v.

The CITY AND COUNTY OF DENVER, a municipality;
Deputy GAYNEL RUMER, in his individual and official capacities; and
Deputy EDWARD KELLER, in his individual and official capacities,

      Defendants.

_____

**ORDER RE MOTION FOR RECONSIDERATION AND EXTENSION OF DISCOVERY CUT OFF TO COMPLETE INMATE AFFIANT DEPOSITIONS**
_____

**THIS MATTER** is before the Court on Defendant Deputy Gaynel Rumer's Motion for Reconsideration and Extension of Discovery Cut Off to Complete Inmate Affiant Depositions. Having fully considered the matter, it is **HEREBY ORDERED** that the Motion is **GRANTED**. The discovery period in which to complete the inmate affiant depositions is hereby extended from June 25, 2014 to July 23, 2014, or as otherwise ordered.

Dated this 18th day of June, 2014.

                                    BY THE COURT

                                    ***s/John L. Kane***
                                    Honorable John L. Kane
                                    United States District Court Judge