**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02682-JLK-MJW

JAMAL HUNTER,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality;
DEPUTY GAYNEL RUMER, in his individual and official capacities; and
DEPUTY EDWARD KELLER, in his individual and official capacities,

      Defendants.

---

**ORDER GRANTING DEFENDANT THE CITY AND COUNTY OF DENVER'S
<u>UNOPPOSED</u> MOTION TO MODIFY OR QUASH THE SUBPOENAS DUCES
TECUM SERVED ON SERGEANTS BRIAN COTTER AND BRAD LENDERINK
WITH RESPECT TO A STATEMENT REGARDING SETTLEMENT**

---

THE COURT, having reviewed the Unopposed Motion to Modify or Quash the Subpoenas Duces Tecum Served on Sergeants Brian Cotter and Brad Lenderink with Respect to a Statement Regarding Settlement [doc. #145], filed June 23, 2014, and the Court being fully briefed, hereby GRANTS the Motion.

DATED this 23rd day of June, 2014.

BY THE COURT:

<u>*s/John L. Kane*</u>
United States District Court Judge