**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02682-JLK-MJW

JAMAL HUNTER,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality;
DEPUTY GAYNEL RUMER, in his individual and official capacities; and
DEPUTY EDWARD KELLER, in his individual and official capacities,

    Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT THE CITY AND COUNTY OF DENVER**

---

THE COURT, having reviewed the Motion to Withdraw as Counsel for Defendant the City and County of Denver, and the Court being fully briefed, hereby GRANTS the withdrawal of Cathy Havener Greer, William T. O'Connell III, Stephen E. Baumann II, and Kristin Anderson George of Wells, Anderson & Race, LLC as counsel of record for the Defendant The City and County of Denver.

DATED this 27th day of June, 2014.

                              BY THE COURT:

                              *s/John L. Kane*
                              United States District Court Judge