IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2682-JLK**

**JAMAL HUNTER,**

    Plaintiff,

v.

**CITY AND COUNTY OF DENVER,** a municipality,
**Deputy GAYNEL RUMER,** in his individual and official capacities, and
**Deputy EDWARD KELLER,** in his individual and official capacities,

    Defendants.

---

## ORDER APPROVING SETTLEMENT AGREEMENT

---

Kane, J.

The Court is satisfied that the Settlement Agreement approved by the parties today is an appropriate resolution of all pending issues in this litigation. The July 25, 2014 Settlement Agreement is therefore APPROVED.

Dated: July 25, 2014

                                  BY THE COURT:

                                  */s/ John L. Kane*
                                  John L. Kane
                                  SENIOR U.S. DISTRICT JUDGE